**Fill in this information to identify the case**

Debtor 1 __Michael P. LaPorta__

Debtor 2 __Patricia M. LaPorta__
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN__ District of __IL__
                                                                          **(State)**

Case number __12-07406__

# Form 4100R
## Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** Provident Funding Associates, L.P.

**Court claim no.** (if known): ____

**Last 4 digits** of any number you use to identify the debtor's account: 0187

**Property address:** 71 Ponderosa Drive
          Number          Street

Romeoville  IL  60446
City              State       Zip Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:     04/01/17
                                                             MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                       (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:                  (b) $_____

c. Total. Add lines a and b.                                                      (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   ___/___/_____
                                                                        MM/DD/YYYY

Form 4100R                        **Response to Notice of Final Cure Payment**                        page **1**

17-012354_CJP

Debtor 1     Michael P. LaPorta                     Case number (if known) 12-07406
         First Name         Middle Name        Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Adam B. Hall                           Date  March 30, 2017
   Signature

| | | | |
|---|---|---|---|
| Print: | Adam B. Hall (0088234) | Title | Attorneys for Creditor |
| Company | Manley Deas Kochalski LLC | | |
| Address | P.O. Box 165028 | | |
| | Number     Street | | |
| | Columbus OH   43216-5028 | | |
| | City    State    ZIP Code | | |
| Contact phone | 614-220-5611 | Email | tjruchman@manleydeas.com |

17-012354_CJP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

John J Lynch, Attorney for Michael P. LaPorta and Patricia M. LaPorta, Lynch Law Offices, P.C., 1011 Warrenville Road, Suite 150, Lisle, IL 60532, jlynch@lynch4law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 30, 2017:

Michael P. LaPorta and Patricia M. LaPorta, 71 Ponderosa Drive, Romeoville, IL 60446

/s/ Adam B. Hall

17-012354_CJP